No. 18,317.

COLORADO STATE BOARD OF EXAMINERS OF ARCHITECTS, ET AL. *v*. WOODROW W. RAMSEY.
(315 P. [2d] 200)

Decided September 9, 1957.

· Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK E. HICKEY, Deputy, Mrs. PATRICIA H. MALOY, Assistant, Mr. SAMUEL R. FREEMAN, Assistant, for plaintiffs in error.

Messrs. DONALDSON, HOFFMAN & GOLDSTEIN, for defendant in error.

*En Banc.*

MR. JUSTICE SUTTON delivered the opinion of the Court.

THIS action is identical upon the facts and the procedure followed in *Colorado State Board of Examiners of Architects, et al. v. Marshall*, No. 18,316, decided this date.

For the reasons therein stated this writ of error is dismissed.

MR. JUSTICE HOLLAND and MR. JUSTICE DAY not participating.